IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CHRISTOPHER WALKER, an individual, | No. 2:23-cv-00163 |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| DANIEL L. BARNETT and SHERRI MILLER BARNETT, and the marital community comprised thereof; AVIARA CAPITAL PARTNERS, LLC, a California limited liability company, HEALTH PROFESSIONALS ALLIANCE, a Delaware Corporation; BE HOLDINGS, LLC, an Oregon limited liability company; BE CAPITAL PARTNERS LLC, an Oregon limited liability company, | |
| Defendants. | |

Defendants Daniel Barnett, Sherri Miller Barnett, BE Holdings, LLC, BE Capital Partners LLC, and Aviara Capital Partners, LLC ("Certain Defendants") file this Notice of Removal of this action from the King County Superior Court, Washington, where it is now pending, to the United States District Court for the Western District of Washington. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.

**NOTICE OF REMOVAL**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON 97201
(503) 295-3085

1.      The Summons and Complaint are dated January 3, 2023, and captioned for the King County Superior Court, Washington, entitled *Christopher Walker, an individual, v. Daniel L. Barnett, et al.*, (the "State Court Action").

2.      Certain Defendants were served with the Summons and Complaint on January 4, 2023.

3.      This Notice is being filed with this Court within thirty (30) days after Certain Defendants were served with a copy of plaintiff's initial pleading and within one year of the commencement of the action.

4.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) for the following reasons:

   (a)      The amount in controversy in this case exceeds $75,000, exclusive of interest and costs.

   (b)      Plaintiff is a resident of the state of Nevada.

   (c)      Defendants Daniel Barnett and Sherri Barnett are residents of the state of Florida.

   (d)      Defendants BE Holdings LLC and BE Capital Partners LLC are Oregon limited liability companies with their principal place of business in the state of Oregon.  Neither entity has members who are residents of the state of Washington.

   (e)      Defendant Aviara Capital Partners LLC is an inactive California limited liability company that does not conduct business operations in any state. The entity does not have any members who are residents of the state of Washington.

   (f)      Defendant Health Professionals Alliance, Inc. is a Delaware corporation with its principal place of business in the state of Oregon.

5.      All defendants consent to removal.

**NOTICE OF REMOVAL**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085

6.      This Notice is being served on all adverse parties, and a copy is being filed in the state court pursuant to 28 U.S.C. § 1446(d).

7.      Attached hereto, as Exhibit 1, are copies of the Summons and Complaint served upon Certain Defendants in the State Court Action.

WHEREFORE, Certain Defendants request that the above-described action be removed to this Court.

DATED this 2nd day of February, 2023.

MARKOWITZ HERBOLD PC

By:     *s/ Chad M. Colton*
_____
Chad M. Colton, WSBA #49412
(503) 295-3085

Of Attorneys for Defendants Daniel Barnett, Sherri Miller Barnett, BE Holdings, LLC, BE Capital Partners LLC, and Aviara Capital Partners LLC

1400425

**NOTICE OF REMOVAL**

**MARKOWITZ HERBOLD PC**
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I have made service of the foregoing **NOTICE OF REMOVAL** on the party listed below in the manner indicated:

H. Troy Romero
Romero Park PS
155 108th Avenue NE, Suite 202
Bellevue, WA  98004
*Attorney for Plaintiff*

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☒ Email: tromero@romeropark.com
☒ Electronically via USDC CM/ECF system

DATED this 2nd day of February, 2023.

*s/ Chad M. Colton*
Chad M. Colton, WSBA #49412
Attorney for Defendants Daniel Barnett, Sherri Miller Barnett, BE Holdings, LLC, and BE Capital Partners LLC, and Aviara Capital Partners, LLC

**CERTIFICATE OF SERVICE**