UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER WALKER,<br><br>      Plaintiff,<br> v.<br><br>DANIEL L. BARNETT, et al.,<br><br>      Defendants. | CASE NO. 2:23-cv-00163-TL<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER |

   This matter comes before the Court on a Motion to Extend the Time to Answer filed by Defendants Daniel Barnett, Sherri Miller Barnett, BE Holdings, LLC, BE Capital Partners LLC, and Aviara Capital Partners. Dkt. No. 8. Having reviewed the Motion and supporting materials, the Court GRANTS the Motion and extends the Answer deadline for the above-named Defendants to February 23, 2023. The Court notes that Plaintiff has stipulated to the filing of the answer by February 23, 2023 (*See* Declaration of Troy Romero Ex. A (Dkt. No. 15)), and the above-named Defendants filed their answer on February 23, 2023 (Dkt. No. 16). The Court accepts the answer

as timely filed.

Dated this 21st day of March, 2023.

Tana Lin
United States District Judge