|   |   |
|---|---|
| 1 | THE HONORABLE KYMBERLY K. EVANSON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER WALKER, an individual,

Plaintiff,

v.

DANIEL L. BARNETT and SHERRI MILLER BARNETT, and the marital community comprised thereof; AVIARA CAPITAL PARTNERS, LLC, a California limited liability company, HEALTH PROFESSIONALS ALLIANCE, a Delaware Corporation; BE HOLDINGS, LLC, an Oregon limited liability company; BE CAPITAL PARTNERS LLC, an Oregon limited liability company,

Defendants.

No.: 2:23-cv-00163-KKE

STIPULATED MOTION AND PROPOSED ORDER EXTENDING DISCOVERY AND DISPOSITIVE DEADLINES

**NOTE ON THE MOTION CALENDAR: OCTOBER 20, 2023**

The undersigned parties, by and through their counsel of record, stipulate and respectfully request that the Court grant a 30-day extension of the discovery and dispositive motions deadlines. *See* Dkt. # 23 (May 10, 2023 Order Setting Jury Trial Date and Related Dates).

Counsel from all parties have conferred and request the extension based upon the Parties' agreement to participate in a mediation in November.

STIPULATED MOTION AND PROPOSED ORDER EXTENDING DISCOVERY AND DISPOSITIVE DEADLINES
NO.: 2:23-CV-00163

PAGE 1

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

In light of the facts described above, the parties believe there is good cause under Local Rule 10(g), for a continuance of the case deadlines. The parties propose the following changes to the schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| All motions related to discovery must be filed by | 11/20/2023 | 12/20/2023 |
| Discovery completed by | 12/20/2023 | 1/19/2024 |
| All dispositive motions and motions challenging expert witness testimony | 1/18/2024 | 2/17/2024 |

DATED: October 20, 2023

/s/ Troy Romero
Troy Romero, WSBA #19044
Attorneys for Plaintiff

/s/ Laura Caldera Loera
Laura Caldera Loera, WSBA #59502
Attorneys for Defendant, Health Professionals Alliance

/s/ Chad Colton
Chad Colton, WSBA #49412

Attorneys for Daniel Barnett, Sherri Miller Barnett, Aviara Capital Partners, LLC, BE Holdings, LLC and BE Capital Partners, LLC

IT IS SO ORDERED this 23rd day of October, 2023.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND PROPOSED ORDER EXTENDING DISCOVERY AND DISPOSITIVE DEADLINES
NO.: 2:23-CV-00163

PAGE 2

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

Presented by:

BULLIVANT HOUSER BAILEY PC

By */s/ Laura Caldera Loera*
Laura Caldera Loera, WSBA #59502
E-mail:laura.loera@bullivant.com

Attorney for Defendant Health Professionals Alliance Inc.

4886-2325-9529.1

STIPULATED MOTION AND PROPOSED ORDER EXTENDING DISCOVERY AND DISPOSITIVE DEADLINES
NO.: 2:23-CV-00163

PAGE 1

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351