THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER WALKER, an individual,

Plaintiff,

v.

DANIEL L. BARNETT and SHERRI MILLER BARNETT, and the marital community comprised thereof; AVIARA CAPITAL PARTNERS, LLC, a California limited liability company, HEALTH PROFESSIONALS ALLIANCE, a Delaware Corporation; BE HOLDINGS, LLC, an Oregon limited liability company; BE CAPITAL PARTNERS LLC, an Oregon limited liability company,

Defendants.

No.: 2:23-cv-00163-KKE

[PROPOSED] ORDER GRANTING DEFENDANT'S HEALTH PROFESSIONALS MOTION FOR JUDGMENT ON THE PLEADINGS

NOTED ON THE MOTION CALENDAR: December 22, 2023

This matter came before the Court on Defendant Health Professionals Alliance's ("HPA") Motion for Judgment on the Pleadings with Prejudice.  The Court has reviewed and considered the files and pleadings in this case, including the following:

1. Defendant HPA's Motion for Judgment on the Pleadings;

2. Plaintiff's Response in Opposition; and

3. Defendant's Reply.

PROPOSED ORDER GRANTING DEFENDANT'S HEALTH PROFESSIONALS MOTION FOR JUDGMENT ON THE PLEADINGS
NO.: 2:23-CV-00163

PAGE 1

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

IT IS HEREBY ORDERED that Defendant Health Professionals Alliance's Motion for Judgment on the Pleadings with Prejudice is GRANTED.

DATED this _____ day of _____, 2023.

_____
KYMBERLY K. EVANSON
United States District Judge

Presented by:

By /s/ Laura Caldera Loera
Laura Caldera Loera, WSBA #59502
E-mail:laura.loera@bullivant.com

Attorney for Defendant Health Professionals Alliance Inc.

4870-7183-3749.1

PROPOSED ORDER GRANTING DEFENDANT'S HEALTH PROFESSIONALS MOTION FOR JUDGMENT ON THE PLEADINGS
NO.: 2:23-CV-00163

PAGE 2

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351