UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER WALKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL L. BARNETT, et al.,<br><br>　　　　　Defendants. | CASE NO. C23-0163-KKE<br><br>ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE |

This matter comes before the Court on a motion for relief from deadline filed by Defendants Daniel L. Barnett, Sherri Lee Barnett, BE Holdings LLC, BE Holdings Capital Partners LLC, and Aviara Capital Partners LLC ("the Barnett Defendants"). Dkt. No. 36.

Plaintiff Christopher Walker filed a motion for leave to amend his complaint on December 13, 2023, and, under Local Civil Rule 7, the motion is noted for December 29, 2023, and Defendants' opposition deadline is December 27, 2023. *See* Dkt. No. 31. The opposition deadline conflicts with the holiday vacation schedule of the Barnett Defendants' counsel, but Mr. Walker refused to re-note his motion to accommodate. *See* Dkt. No. 37 at 3–5.

The Court expects counsel to extend professional courtesies to one another, such as short extensions of time, in circumstances such as these. The Court therefore finds good cause under Federal Rule of Civil Procedure 6(b)(1)(A) to re-note Plaintiff's motion for leave for January 12,

ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE - 1

2024.  Any opposition must be filed no later than January 10, 2024.  The Court thus GRANTS the Barnett Defendants' motion (Dkt. No. 36) and directs the clerk to RE-NOTE Plaintiff's motion (Dkt. No. 31) for January 12, 2024.

Dated this 20th day of December, 2023.

Kymberly K. Evanson
United States District Judge