# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER WALKER, an individual,<br><br>         Plaintiff,<br><br> v.<br><br>DANIEL L. BARNETT and SHERRI MILLER BARNETT, and the marital community comprised thereof; AVIARA CAPITAL PARTNERS, LLC, a California limited liability company, HEALTH PROFESSIONALS ALLIANCE, a Delaware Corporation; BE HOLDINGS, LLC, an Oregon limited liability company; BE CAPITAL PARTNERS LLC, an Oregon limited liability company.<br><br>         Defendants. | Case No. 2:23-cv-00163-KKE<br><br>STIPULATED MOTION AND ORDER REGARDING BRIEFING DEADLINE AND CONTINUING DISCOVERY CUTOFF |

## STIPULATION

The undersigned parties, by and through their counsel of record, stipulate and respectfully request that the Court grant an extension for Plaintiff to file his Reply in support of his Motion for Leave to File First Amended Complaint [Dkt. #31] from its current deadline of Friday, January 12, 2024 to Wednesday, January 24, 2024, due to Plaintiff's counsel's workload and vacation schedule.

Further, the undersigned parties, by and through their counsel of record, stipulate and respectfully request that the Court grant a continuance of the discovery cutoff deadline from its current deadline of January 19, 2024 to February 29, 2024 to allow the parties to accommodate various deponents' schedules. The parties would like to note that they may need an additional extension of this deadline to March 2024 as it appears that there may be some parties that may be unable to schedule their depositions prior to the expiration of the February 29, 2024 continued deadline.

STIPULATION AND ORDER - 1

**ROMERO PARK P.S.**
1019 W. James Street, Suite 102
Kent, Washington 98032
Tel: (425) 450-5000 ⬥ Fax: (858) 408-7945

Counsel for all parties have conferred and request the extension based upon the parties' agreement.

In light of the facts described above, the parties believe there is good cause under Local Rule 10(g), for a continuance of the case deadlines. The parties propose the following changes to the schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Reply in support of his Motion for Leave to File First Amended Complaint | 1/12/2024 | 1/24/2024 |
| Discovery completed by | 1/19/2024 | 2/29/2024 |

Stipulated to this 22nd day of January 2024.

ROMERO PARK P.S.

_____
H. Troy Romero, WSBA #19044
1019 W James St., Ste 102
Kent, WA 98032
Email: tromero@romeropark.com
*Attorney for Plaintiff*

BULLIVANT HOUSER BAILEY PC

*/s/Laura Caldera Loera*
Laura Caldera Loera
One SW Columbia Street, Suite 800
Portland, Oregon 97204
Telephone: (503) 228-6351
Email: laura.loera@bullivant.com
*Attorney for Defendant Health Professional Alliance*

MARKOWITZ HERBOLD PC

*/s/Chad M. Colton*
Chad M. Colton
1455 SW Broadway, Suite 1900
Portland, Oregon 97201

STIPULATION AND ORDER - 2

**ROMERO PARK P.S.**
1019 W. James Street, Suite 102
Kent, Washington 98032
Tel: (425) 450-5000 ◆ Fax: (858) 408-7945

Telephone: (503) 295-3085
Facsimile: (503) 323-9105
Email: ChadColton@MarkowitzHerbold.com
*Attorney for Daniel L. Barnett, Sherri Lee Barnett, BE Holdings, LLC, BE Holdings Capital Partners LLC, and Aviara Capital Partners, LLC*

ORDER

The parties' stipulated motion (Dkt. No. 46) is GRANTED IN PART and DENIED IN PART.

The Court GRANTS the parties' stipulation as it relates to the extension of a briefing deadline. Plaintiff may file a reply in support of his motion for leave to file an amended complaint (Dkt. No. 31) no later than January 24, 2024.

Although the parties have requested an extension of the discovery cutoff to February 29, 2024, their proposed deadline post-dates the deadline for filing dispositive motions. *See* Dkt. No. 28 (setting dispositive motions deadline for February 17, 2024). It appears that a scheduling conference would be a more efficient way of addressing case scheduling holistically, rather than extending only certain deadlines piecemeal. The Court therefore DENIES the parties' request for an extension of the discovery cutoff at this time and directs the courtroom deputy to contact the parties to schedule a conference as soon as practicable.

Dated this 23rd day of January, 2024.

Kymberly K. Evanson
United States District Judge

Presented by:

ROMERO PARK P.S.

_____
H. Troy Romero, WSBA #19044
1019 W James St., Ste 102
Kent, WA 98032
Email: tromero@romeropark.com
*Attorney for Plaintiff*

BULLIVANT HOUSER BAILEY PC

*/s/Laura Caldera Loera*
Laura Caldera Loera
One SW Columbia Street, Suite 800
Portland, Oregon 97204
Telephone: (503) 228-6351
Email: laura.loera@bullivant.com
*Attorney for Defendant Health Professional Alliance*

MARKOWITZ HERBOLD PC

*/s/Chad M. Colton*
Chad M. Colton
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
Email: ChadColton@MarkowitzHerbold.com
*Attorney for Daniel L. Barnett, Sherri Lee Barnett,
BE Holdings, LLC, BE Holdings Capital Partners LLC,
and Aviara Capital Partners, LLC*