UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER WALKER, an individual,<br><br>          Plaintiff,<br><br> v.<br><br>DANIEL L. BARNETT and SHERRI MILLER BARNETT, and the marital community comprised thereof; AVIARA CAPITAL PARTNERS, LLC, a California limited liability company, HEALTH PROFESSIONALS ALLIANCE, a Delaware Corporation; BE HOLDINGS, LLC, an Oregon limited liability company; BE CAPITAL PARTNERS LLC, an Oregon limited liability company.<br><br>          Defendants. | Case No. 2:23-cv-00163-KKE<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties, by and through their counsel of record, hereby stipulate that in light of a settlement reached between the Parties, all claims between the Parties that were asserted or could have been asserted by the Parties are dismissed with prejudice.

The Parties further stipulate and agree, by and through their respective counsel, that each Party shall bear their own costs and attorney fees.

//

1  DATED: April 1, 2024.

ROMERO PARK P.S.

_____
H. Troy Romero, WSBA #19044
1019 W James St., Ste 102
Kent, Washington 98032
Email: tromero@romeropark.com
*Attorney for Plaintiff*


MARKOWITZ HERBOLD PC


*/s/Chad M. Colton*
Chad M. Colton, OSBN #065774
1455 SW Broadway, Suite 1900
Portland, Oregon 97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
Email: ChadColton@MarkowitzHerbold.com
*Attorney for Daniel L. Barnett, Sherri Lee Barnett, BE Holdings, LLC, BE Holdings Capital Partners LLC, and Aviara Capital Partners, LLC*


*Roderick A. Boutin*
Roderick A. Boutin, OSBN #821998
4900 Meadows Rd, Suite 300
Lake Oswego, Oregon 97035
Email: rodboutin@comcast.net
*Attorney for Health Professionals Alliance*

**ORDER**

The Court GRANTS the parties' stipulated motion for dismissal.  Dkt. No. 58.  This case is DISMISSED with prejudice, with each party bearing its own attorney's fees and costs.

Dated this 11th day of April, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge